## STATEMENT OF FACTS

On Friday May 6, 2016, Detective Timothy Palchak, the undersigned detective, was acting in an undercover capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force. Acting as an undercover task force officer ("UC"), the undersigned had posted an online advertisement in a predicated area of the online website for classified advertisements, which, based the UC's experience and information gathered from other sources, is an area of the website that is frequented by individuals who have a sexual interest in children and incest. The advertisement was intended to attract individuals with a sexual interest in children through the use of adjectives such as "Perv" and "taboo."

On May 6, 2016 at 2:36pm, an individual with profile name "Ray Carter," subsequently identified as Raymond Carter ("Carter"), answered the UC's advertisement, stating, "Older DWM dad into very taboo yng f talk-ranchocordguy on kik. Coming to DC for 5 days om Sat." The UC replied back, "Dad here in DC with yng daughter. I sent u a kik message" Thereafter, the UC and the defendant (Carter) began to communicate over KIK, which is a free texting application for mobile devices.

The UC stated that he was 30 years of age and had a purported 9 year-old daughter and was into incest. The defendant stated, "if I had a daughter I would be spying on her all the time". The defendant further stated, "That is a wonderful age for special relationships"

The defendant informed the UC that he was flying into the DC area On Saturday May 7th, 2016, and staying at a hotel in Washington, DC. On Friday May 6, 2016, the defendant expressed an interest in engaging in oral sex with the UC's purported daughter. The defendant claimed that he was not law enforcement and informed the UC that he was a registered sex offender as a result of engaging in similar activity. The defendant validated his statement by sending the UC an image of his sex offender registration paperwork and a photo of his California Driver's license. The UC sent the defendant a few images of his purported 9 year-old daughter (not a real child) to prove he was real.

On Monday May 9, 2016, the defendant continued to communicate with the UC and agreed to meet him May 10, 2016 for the purpose of engaging in sexual acts with the UC's purported daughter. On May 10, 2016, the defendant had further conversations with the UC via kik messenger. The defendant further discussed the sexual things that he wanted to do with the UC's purported daughter to include oral sex and ejaculating on her.

The following is a complete chat dialogue between the UC and the defendant:

UC: Hey this is John , I got your message last night on CL I'm in DC 30 with yng daughter also into yng incest

ranchocordguy Raymond Carter 5/6/2016 2:27:25 PM(UTC+0)

SweetWill be in DC tomorrow night thru thursday day
Love yng f pics and taboo talk

ranchocordguy Raymond Carter 5/6/2016 2:27:49 PM(UTC+0)
How old is your daughter?
5/6/2016 6:22:56 PM(UTC+0)

UC: My daughter is 9
ranchocordguy Raymond Carter 5/6/2016 6:43:20 PM(UTC+0)
Sweet
ranchocordguy Raymond Carter 5/6/2016 6:43:34 PM(UTC+0)
If I had a daughter I would be spying on her all the time I think
5/6/2016 6:43:59 PM(UTC+0)
UC: Yep , we have a special relationship
ranchocordguy Raymond Carter 5/6/2016 6:44:01 PM(UTC+0)
In my first experience was at age 9 with my 9 year old female cousin
ranchocordguy Raymond Carter 5/6/2016 6:44:13 PM(UTC+0)
So are you a single dad
5/6/2016 6:44:28 PM(UTC+0)
UC: Yes single with shared custody
ranchocordguy Raymond Carter 5/6/2016 6:44:38 PM(UTC+0)
Okay nice

5/6/2016 6:45:04 PM(UTC+0)
UC: Yes not bad at all
ranchocordguy Raymond Carter 5/6/2016 6:45:08 PM(UTC+0)
That is a wonderful age for special relationships
5/6/2016 6:45:27 PM(UTC+0)
UC: yes active but not fully
ranchocordguy Raymond Carter 5/6/2016 6:45:42 PM(UTC+0)
Yes I would think not fully
ranchocordguy Raymond Carter 5/6/2016 6:45:56 PM(UTC+0)
But still... Very very special
5/6/2016 6:46:04 PM(UTC+0)
UC: Enough that it is really fun and pleasurable
ranchocordguy Raymond Carter 5/6/2016 6:46:16 PM(UTC+0)
Well I am insanely jealous lol
5/6/2016 6:46:35 PM(UTC+0)
UC: Lol yeah I know I'm lucky
ranchocordguy Raymond Carter 5/6/2016 6:46:47 PM(UTC+0)
Yes very
5/6/2016 6:47:19 PM(UTC+0)
UC: Seems like it's the only thing that really gets me off
ranchocordguy Raymond Carter 5/6/2016 6:47:26 PM(UTC+0)
You live in dc?
ranchocordguy Raymond Carter 5/6/2016 6:48:03 PM(UTC+0)
She takes care of you manually or orally?
ranchocordguy Raymond Carter 5/6/2016 6:48:05 PM(UTC+0)
Well it is making me hard as a rock right now LOL
5/6/2016 6:48:18 PM(UTC+0)
UC: Yes live in DC
5/6/2016 6:48:40 PM(UTC+0)
UC: Both , jerks plays with and sucks , and I return the favor
ranchocordguy Raymond Carter 5/6/2016 6:49:12 PM(UTC+0)
Would love to meet and share taboo while I am in town if that interests you
ranchocordguy Raymond Carter 5/6/2016 6:49:30 PM(UTC+0)
Yes she must be unbelievably soft and sweet
5/6/2016 6:49:36 PM(UTC+0)
UC: What did u have in mind? How long u here

ranchocordguy Raymond Carter 5/6/2016 6:50:00 PM(UTC+0)
I arrive tomorrow and come home on a flight Thursday late afternoon
ranchocordguy Raymond Carter 5/6/2016 6:50:06 PM(UTC+0)
Staying at the Grand Hyatt
5/6/2016 6:50:29 PM(UTC+0)
UC: Ok cool I will have her either Tuesday or Wednesday
ranchocordguy Raymond Carter 5/6/2016 6:50:45 PM(UTC+0)
Nice
ranchocordguy Raymond Carter 5/6/2016 6:52:16 PM(UTC+0)
Did you have family fun as a kid?
5/6/2016 6:52:51 PM(UTC+0)
UC: I did not unfort what about you ? What ages are u into now ?
ranchocordguy Raymond Carter 5/6/2016 6:52:51 PM(UTC+0)
I did but only briefly with my cousin and 3 sisters
5/6/2016 6:52:59 PM(UTC+0)
UC: Nice !
ranchocordguy Raymond Carter 5/6/2016 6:53:33 PM(UTC+0)

My fantasies are 9 to 12
Ages of cousin and sisters
5/6/2016 6:53:45 PM(UTC+0)
UC: Nice hot ass aged for sure
5/6/2016 6:53:50 PM(UTC+0)
UC: Ages
ranchocordguy Raymond Carter 5/6/2016 6:53:56 PM(UTC+0)
Yes
ranchocordguy Raymond Carter 5/6/2016 6:54:08 PM(UTC+0)
My cousin and I did everything
ranchocordguy Raymond Carter 5/6/2016 6:54:32 PM(UTC+0)
Eat pussy rim ass suck dick shared golden showers
ranchocordguy Raymond Carter 5/6/2016 6:54:47 PM(UTC+0)
We were both 9
5/6/2016 6:54:56 PM(UTC+0)
UC: Mmmmm I've down that with my girl
5/6/2016 6:55:02 PM(UTC+0)
UC: Done
ranchocordguy Raymond Carter 5/6/2016 6:55:22 PM(UTC+0)
Yes and what a delicious treat

5/6/2016 6:55:27 PM(UTC+0)
UC: Very
ranchocordguy Raymond Carter 5/6/2016 6:55:40 PM(UTC+0)
Her mom doesn't know I take it?
5/6/2016 6:56:01 PM(UTC+0)
UC: Hell no , has no clue and my daughter is very cool about keeping it quiet
ranchocordguy Raymond Carter 5/6/2016 6:56:15 PM(UTC+0)
Yes
Good
5/6/2016 6:56:29 PM(UTC+0)
UC: Yes very lucky for sure
ranchocordguy Raymond Carter 5/6/2016 6:56:46 PM(UTC+0)
When did it first start
5/6/2016 6:57:38 PM(UTC+0)
UC: Well I dabbled with her a bit when she was around 2 during diaper changes would have her help me jerk off , I would cum
on her
5/6/2016 6:57:50 PM(UTC+0)
UC: Did stuff like that on and off while still married
5/6/2016 6:58:15 PM(UTC+0)
UC: Then I stopped once she could talk but would playfully touch her
ranchocordguy Raymond Carter 5/6/2016 6:58:30 PM(UTC+0)
Sweet
ranchocordguy Raymond Carter 5/6/2016 6:58:41 PM(UTC+0)
I am sure I would have done the same if I had had a daughter
5/6/2016 6:58:42 PM(UTC+0)
UC: Once I got divorced I started very slow and now I am where I am with her
ranchocordguy Raymond Carter 5/6/2016 6:58:53 PM(UTC+0)
Nice
5/6/2016 6:58:55 PM(UTC+0)
UC: Yeah I could not resist
ranchocordguy Raymond Carter 5/6/2016 6:59:19 PM(UTC+0)
Wait til she turns 12...
Oh my
5/6/2016 6:59:37 PM(UTC+0)
UC: Yes she will really be sprouting
ranchocordguy Raymond Carter 5/6/2016 7:00:15 PM(UTC+0)
Love those little puffies and wispy pubes

5/6/2016 7:00:17 PM(UTC+0)
UC: She is really tall and flat chested now , very soft skin
5/6/2016 7:00:26 PM(UTC+0)
UC: Yes very puffy
ranchocordguy Raymond Carter 5/6/2016 7:00:39 PM(UTC+0)
Like my middle sister
ranchocordguy Raymond Carter 5/6/2016 7:00:47 PM(UTC+0)
Late bloomer
5/6/2016 7:01:00 PM(UTC+0)

UC: Nice !
ranchocordguy Raymond Carter 5/6/2016 7:01:01 PM(UTC+0)
Bald pussy at 12
5/6/2016 7:01:07 PM(UTC+0)
Mmmm
ranchocordguy Raymond Carter 5/6/2016 7:01:14 PM(UTC+0)
God yeah
ranchocordguy Raymond Carter 5/6/2016 7:01:20 PM(UTC+0)
No tits
ranchocordguy Raymond Carter 5/6/2016 7:01:35 PM(UTC+0)
But I licked her good
ranchocordguy Raymond Carter 5/6/2016 7:01:40 PM(UTC+0)
Even her ass
5/6/2016 7:01:54 PM(UTC+0)
UC: Mmmmm
ranchocordguy Raymond Carter 5/6/2016 7:02:14 PM(UTC+0)
I know you don't share her but it would be fun for you and I to get together and trade stories get hard and jack off
5/6/2016 7:02:38 PM(UTC+0)
UC: Well u didn't ask if I shared lol
ranchocordguy Raymond Carter 5/6/2016 7:02:58 PM(UTC+0)
No I assumed you didn't
5/6/2016 7:03:44 PM(UTC+0)
UC: Well I don't know it depends
ranchocordguy Raymond Carter 5/6/2016 7:04:05 PM(UTC+0)
On what?
5/6/2016 7:05:11 PM(UTC+0)
UC: I mean , the last think I want is trouble , and I'm sure it's the same for you. If I knew you were cool and not the law i think it
would be hot to see her with someone as I watch.

ranchocordguy Raymond Carter 5/6/2016 7:05:35 PM(UTC+0)
Which is exactly what I was going to say because it would be hot unless you were the law
5/6/2016 7:05:48 PM(UTC+0)
UC: I used to date a girl years ago who was into swinging and it was very erotic to see her with other men while I watched
ranchocordguy Raymond Carter 5/6/2016 7:06:01 PM(UTC+0)
I am not but you could be and just be lying to me
ranchocordguy Raymond Carter 5/6/2016 7:06:16 PM(UTC+0)
Yes I have done threesomes with a couple and it is very hot for everybody
5/6/2016 7:06:33 PM(UTC+0)
UC: No I could prove to you that I'm not by taking a custom pic of her with your screen name on a piece of paper or something
like that
ranchocordguy Raymond Carter 5/6/2016 7:07:01 PM(UTC+0)
Well I am definitely not
ranchocordguy Raymond Carter 5/6/2016 7:07:16 PM(UTC+0)
But I have been caught in a sting before
5/6/2016 7:07:43 PM(UTC+0)
UC: Do u have any way to prove that your not
5/6/2016 7:08:08 PM(UTC+0)
UC: How did u get caught that sucks
ranchocordguy Raymond Carter 5/6/2016 7:08:48 PM(UTC+0)
Woman saying she was having sex with her 12yo niece and invited me over
ranchocordguy Raymond Carter 5/6/2016 7:09:05 PM(UTC+0)
I met 4 cops with guns drawn
5/6/2016 7:09:14 PM(UTC+0)
UC: Ah ok I take it they did not give you a pic to prove they were real
5/6/2016 7:09:22 PM(UTC+0)
UC: Holy shit that sucks
5/6/2016 7:09:31 PM(UTC+0)
UC: That's what scares me to do this
ranchocordguy Raymond Carter 5/6/2016 7:09:34 PM(UTC+0)
Yes I can prove I am not because I am a registered sex offender
ranchocordguy Raymond Carter 5/6/2016 7:09:45 PM(UTC+0)
Yes and it should
5/6/2016 7:09:59 PM(UTC+0)
UC: Ok how do I know that though
ranchocordguy Raymond Carter 5/6/2016 7:10:12 PM(UTC+0)
But I can show you my annual registration form

ranchocordguy Raymond Carter 5/6/2016 7:10:27 PM(UTC+0)
So no way I am a cop
Lol
ranchocordguy Raymond Carter 5/6/2016 7:10:52 PM(UTC+0)
I have to register my address every year on my birthday
5/6/2016 7:10:54 PM(UTC+0)
UC: Ok maybe that and then a pic of you holding up 4 fingers to prove that it is you
5/6/2016 7:11:19 PM(UTC+0)
UC: I can take live pics of mine nothing to crazy but enough hat you know that I'm safe
ranchocordguy Raymond Carter 5/6/2016 7:11:25 PM(UTC+0)
And a custom non G-rated pic of your daughter
ranchocordguy Raymond Carter 5/6/2016 7:11:35 PM(UTC+0)
Do you have Skype
5/6/2016 7:11:53 PM(UTC+0)
UC: Yes , don't have skype but will do a custom pic
ranchocordguy Raymond Carter 5/6/2016 7:12:01 PM(UTC+0)
That could hold up my registration form to the camera or take a picture of it for you
ranchocordguy Raymond Carter 5/6/2016 7:12:12 PM(UTC+0)
Okay
5/6/2016 7:12:16 PM(UTC+0)
UC: U can just send it here
ranchocordguy Raymond Carter 5/6/2016 7:12:33 PM(UTC+0)
Yes let me find it and take a pic of it with my camera
5/6/2016 7:12:37 PM(UTC+0)
Ok
5/6/2016 7:12:45 PM(UTC+0)
UC: Hold 3 fingers next to it
ranchocordguy Raymond Carter 5/6/2016 7:13:00 PM(UTC+0)
Okay hold on
5/6/2016 7:13:03 PM(UTC+0)
UC: Ok
ranchocordguy Raymond Carter 5/6/2016 7:14:48 PM(UTC+0)
b87cbba5-97fd-4da4-8927-6bc0ab5617e2
b87cbba5-97fd-4da4-8927-
6bc0ab5617e2
7
ranchocordguy Raymond Carter 5/6/2016 7:15:04 PM(UTC+0)
bc60ef3c-7659-4124-a86b-cbcf26b2717d
bc60ef3c-7659-4124-a86bcbcf26b2717d
5/6/2016 7:16:30 PM(UTC+0)
UC: Hmmm, u promise your not a cop that had access to shot like that can I google your name and see your pic and then you
send one ?
ranchocordguy Raymond Carter 5/6/2016 7:16:54 PM(UTC+0)
407aefa9-b786-4b85-98df-54f455e9eadc
407aefa9-b786-4b85-98df-
54f455e9eadc
ranchocordguy Raymond Carter 5/6/2016 7:17:28 PM(UTC+0)
There's my license to match up with the registration form
5/6/2016 7:17:36 PM(UTC+0)
UC: Ok let me see what I have to prove right now
5/6/2016 7:17:55 PM(UTC+0)
UC: U have have any pics of yng ?
ranchocordguy Raymond Carter 5/6/2016 7:19:04 PM(UTC+0)
Some guy sent me some time ago but I was afraid to keep it on my phone
5/6/2016 7:19:17 PM(UTC+0)
UC: Ok cool
ranchocordguy Raymond Carter 5/6/2016 7:20:16 PM(UTC+0)
Did a free trial at easy news dot com tho and searched for Lolita pics
Lots of yng f nudes
5/6/2016 7:20:42 PM(UTC+0)
UC: Any of those pics left or any pics at all lol
ranchocordguy Raymond Carter 5/6/2016 7:20:56 PM(UTC+0)
Do your custom pic for me
I am not a cop
ranchocordguy Raymond Carter 5/6/2016 7:21:33 PM(UTC+0)
No only a Web site with yng looking 18yo
5/6/2016 7:21:34 PM(UTC+0)
1da6ec0c-9d0b-4b8b-9760-

770560a93751

5/6/2016 7:21:41 PM(UTC+0)
UC: Here is my dau
ranchocordguy Raymond Carter 5/6/2016 7:22:00 PM(UTC+0)
Don't mess with child porn
Too risky
5/6/2016 7:22:17 PM(UTC+0)
UC: Not sending that sending proof
5/6/2016 7:23:10 PM(UTC+0)
ca444840-a26f-4d95-b552-
76a084a81fac
5/6/2016 7:23:17 PM(UTC+0)
UC: There same panties
ranchocordguy Raymond Carter 5/6/2016 7:23:25 PM(UTC+0)
When do you see her next?
5/6/2016 7:24:27 PM(UTC+0)
UC: I am out of town and not back till Monday morning . I will have her sometime after Monday
ranchocordguy Raymond Carter 5/6/2016 7:24:28 PM(UTC+0)
You had mentioned live shot
ranchocordguy Raymond Carter 5/6/2016 7:24:39 PM(UTC+0)
OK
ranchocordguy Raymond Carter 5/6/2016 7:25:09 PM(UTC+0)
I think we are good but I need to be absolutely sure
5/6/2016 7:25:22 PM(UTC+0)
UC: That pic was not something off of the net that is why I just took a pic of those same panties
ranchocordguy Raymond Carter 5/6/2016 7:25:39 PM(UTC+0)
Was stupid and reckless the other time and it cost me
5/6/2016 7:25:57 PM(UTC+0)
UC: I understand I am not looking for trouble
ranchocordguy Raymond Carter 5/6/2016 7:26:07 PM(UTC+0)
Me either
ranchocordguy Raymond Carter 5/6/2016 7:26:27 PM(UTC+0)
And of course the first pick could be a 25 year old
ranchocordguy Raymond Carter 5/6/2016 7:26:51 PM(UTC+0)
Let's keep chatting and checking on Monday obviously I am very interested in this and also very very cautious

5/6/2016 7:26:59 PM(UTC+0)
ee90f676-06d0-49d0-b7fa-
34628a499e47
5/6/2016 7:27:12 PM(UTC+0)
UC: Now u believe ?
ranchocordguy Raymond Carter 5/6/2016 7:27:28 PM(UTC+0)
Oh my
ranchocordguy Raymond Carter 5/6/2016 7:27:34 PM(UTC+0)
Sweet
5/6/2016 7:27:45 PM(UTC+0)
UC: Real here , I do have limits though
ranchocordguy Raymond Carter 5/6/2016 7:27:51 PM(UTC+0)
Ok
ranchocordguy Raymond Carter 5/6/2016 7:27:56 PM(UTC+0)
Understand
5/6/2016 7:27:59 PM(UTC+0)
UC: As far as what u can do with her
ranchocordguy Raymond Carter 5/6/2016 7:28:06 PM(UTC+0)
Of course
ranchocordguy Raymond Carter 5/6/2016 7:28:19 PM(UTC+0)
Oral
ranchocordguy Raymond Carter 5/6/2016 7:28:26 PM(UTC+0)
Obviously no penetration
5/6/2016 7:28:31 PM(UTC+0)
UC: I'm good with most things is there anything u really want to do
5/6/2016 7:28:40 PM(UTC+0)
UC: I am fine with oral both ways
ranchocordguy Raymond Carter 5/6/2016 7:28:49 PM(UTC+0)
Ok
ranchocordguy Raymond Carter 5/6/2016 7:29:24 PM(UTC+0)
I will be working from 7 a.m. to 5:30 p.m. Monday Tuesday and Wednesday but not on Thursday and have the evenings free
ranchocordguy Raymond Carter 5/6/2016 7:30:23 PM(UTC+0)

Correction the conference from Sunday through Tuesday and I have Wednesday free I come back on a flight Wednesday
night at 5:30

5/6/2016 7:30:39 PM(UTC+0)
UC: Ok my ex usually drops her off on her to me . I figure we can meet near my place grab a drink and then head to my place
once she is there
5/6/2016 7:31:05 PM(UTC+0)
UC: I can even have my daughter call me on my cell while we are grabbing a drink as well
ranchocordguy Raymond Carter 5/6/2016 7:31:32 PM(UTC+0)
OK you have her Tues and Wednesday so would need to be Tues night?
5/6/2016 7:31:37 PM(UTC+0)
UC: Tuesday works evening should work
ranchocordguy Raymond Carter 5/6/2016 7:31:48 PM(UTC+0)
Yes that would be good
5/6/2016 7:32:00 PM(UTC+0)
UC: U want oral on her or her on you
ranchocordguy Raymond Carter 5/6/2016 7:32:07 PM(UTC+0)
I was meeting my college buddies that night but I can move it to Monday
ranchocordguy Raymond Carter 5/6/2016 7:32:13 PM(UTC+0)
Both
5/6/2016 7:32:18 PM(UTC+0)
UC: Ok cool , sounds good
5/6/2016 7:33:00 PM(UTC+0)
UC: Let's be in touch Monday mid morning or so and work out where to meet
ranchocordguy Raymond Carter 5/6/2016 7:36:24 PM(UTC+0)
OK
Is John Paul your real name
ranchocordguy Raymond Carter 5/6/2016 7:36:35 PM(UTC+0)
Drinks somewhere on Tuesday at the end of the day it's what it looks like
5/6/2016 7:37:04 PM(UTC+0)
UC: I have to run for now have to help my brother move this weekend . Yes John is my name not my last have to be careful
ranchocordguy Raymond Carter 5/6/2016 7:37:18 PM(UTC+0)
Ok
5/6/2016 7:37:20 PM(UTC+0)
UC: Yes Tuesday for sure
ranchocordguy Raymond Carter 5/6/2016 7:37:28 PM(UTC+0)
Ok
5/6/2016 7:37:54 PM(UTC+0)
UC: Also I live in an apartment my ex does not come in she drops her in front . My ex does not have a key

ranchocordguy Raymond Carter 5/6/2016 7:38:12 PM(UTC+0)
Even if it's just you and me jacking to stories that would still be hot
5/6/2016 7:39:02 PM(UTC+0)
UC: Well u know I'm real so if you are not interested in her we can meet on a day that I don't have her and do that just let me
knew
5/6/2016 7:39:04 PM(UTC+0)
UC: Know
ranchocordguy Raymond Carter 5/6/2016 7:39:31 PM(UTC+0)
OK
Would you share a pic of her pussy?
5/6/2016 7:40:36 PM(UTC+0)
UC: I'll have her FaceTime me when we meet up but don't have one of her on me
5/6/2016 7:42:58 PM(UTC+0)
UC: If your only into fantasy or stories and not into doing anything with her for real just let me know no big deal , I feel that I have
done enough to prove I'm safe and can do the FaceTime thing with her when we meet as well
ranchocordguy Raymond Carter 5/6/2016 7:43:06 PM(UTC+0)
OK
ranchocordguy Raymond Carter 5/6/2016 7:43:33 PM(UTC+0)
No I crave the real but am mildly terrified that's all
ranchocordguy Raymond Carter 5/6/2016 7:43:40 PM(UTC+0)
Lol
5/6/2016 7:43:44 PM(UTC+0)
UC: Lol

5/6/2016 7:43:55 PM(UTC+0)
UC: Ok let's talk more on Monday
ranchocordguy Raymond Carter 5/6/2016 7:44:02 PM(UTC+0)
Enjoy the weekend
ranchocordguy Raymond Carter 5/6/2016 7:44:08 PM(UTC+0)
Yes
Monday
5/6/2016 7:44:19 PM(UTC+0)
UC: U too cool have a safe flight
ranchocordguy Raymond Carter 5/6/2016 7:44:30 PM(UTC+0)
Thx
ranchocordguy Raymond Carter 5/9/2016 2:14:15 PM(UTC+0)
Does anyone know about this besides me? Just curious.
ranchocordguy Raymond Carter 5/9/2016 2:14:15 PM(UTC+0)
Try free trial to easynews. com

ranchocordguy Raymond Carter 5/9/2016 2:14:15 PM(UTC+0)
2 weeks then cancel if you like
But try searching for Lolita pics
Mmm
ranchocordguy Raymond Carter 5/9/2016 2:14:16 PM(UTC+0)
Lots of 8 to 12yo girls
ranchocordguy Raymond Carter 5/9/2016 2:14:17 PM(UTC+0)
Hi
I am helping to run this big meeting tomorrow and sitting next to the boss so may not be able to reply right away if you text
But you know I am interested in talking more about this and that I am safe
ranchocordguy Raymond Carter 5/9/2016 2:14:37 PM(UTC+0)
You back in town now?
5/9/2016 2:15:24 PM(UTC+0)
UC: Hey how was your flight, yes back in town
ranchocordguy Raymond Carter 5/9/2016 3:52:54 PM(UTC+0)
Got an upgrade to first class so flight was great
ranchocordguy Raymond Carter 5/9/2016 3:52:54 PM(UTC+0)
Do you work downtown?
5/9/2016 3:54:56 PM(UTC+0)
UC: Wow, lucky I sometimes work in DC but mostly the suburbs of DC
5/9/2016 4:02:31 PM(UTC+0)
UC: A lot of my work lately has been in the Baltimore area
ranchocordguy Raymond Carter 5/9/2016 4:10:35 PM(UTC+0)
Oh okay
Thought we might just be able to have a drink after work today
5/9/2016 4:11:52 PM(UTC+0)
UC: Man i would love to but will be in Baltimore
5/9/2016 4:12:06 PM(UTC+0)
UC: Are you still good for tomorrow evening ?
ranchocordguy Raymond Carter 5/9/2016 5:47:45 PM(UTC+0)
Yes
ranchocordguy Raymond Carter 5/9/2016 5:47:45 PM(UTC+0)
We adjourn at 540
ranchocordguy Raymond Carter 5/9/2016 5:47:45 PM(UTC+0)
We can meet somewhere and you can call home
ranchocordguy Raymond Carter 5/9/2016 5:47:45 PM(UTC+0)
Are you downtown tomorrow?
I am 10th and H
5/9/2016 5:48:40 PM(UTC+0)
UC: Yes I can do that for sure

5/9/2016 5:51:01 PM(UTC+0)
UC: I will be in and out of the city and hope to be off by 5 or 6
ranchocordguy Raymond Carter 5/9/2016 6:20:42 PM(UTC+0)
Ok
5/9/2016 6:21:11 PM(UTC+0)
How is your day going ?
ranchocordguy Raymond Carter 5/9/2016 7:16:52 PM(UTC+0)
Busy!
800 people here
Just heard from Joe Biden
5/9/2016 7:17:20 PM(UTC+0)

UC: Oh wow , that very cool
ranchocordguy Raymond Carter 5/9/2016 7:44:12 PM(UTC+0)
Very
5/9/2016 7:45:09 PM(UTC+0)
UC: Cool, I'll be a bit busy as well with appointments but can chat when not busy
ranchocordguy Raymond Carter 5/9/2016 7:46:13 PM(UTC+0)
OK no problem
5/9/2016 7:46:25 PM(UTC+0)
UC: Cool
5/9/2016 10:47:17 PM(UTC+0)
UC: How was your meetings today
5/9/2016 10:47:56 PM(UTC+0)
UC: Still working trying to catch up on stuff so I can get out of here on time tomorrow
ranchocordguy Raymond Carter 5/10/2016 10:03:00 AM(UTC+0)
Meetings like but good
Just back from dinner with my Princeton buddies and ready to crash
Keep me posted Re plans for tomorrow
I work till 539
5/10/2016 10:04:41 AM(UTC+0)
UC: Ok great, will do.
5/10/2016 11:36:50 AM(UTC+0)
UC: I should be off around the same time . My ex will be dropping my daughter off this evening as well
ranchocordguy Raymond Carter 5/10/2016 11:40:25 AM(UTC+0)
OK your daughter have her own key or you need to be there?
5/10/2016 11:41:40 AM(UTC+0)
UC: Yes she has her own key , my ex pulls up front and drops her off because there is no parking. If I'm home I'll meet her in
front if not she just goes in by her self
ranchocordguy Raymond Carter 5/10/2016 12:43:22 PM(UTC+0)
Ok

ranchocordguy Raymond Carter 5/10/2016 12:45:20 PM(UTC+0)
If you wanted to go straight home from work you two could connect via like with me from there and I take a cab to you
Unless you want to meet separately first
5/10/2016 12:46:18 PM(UTC+0)
UC: I would feel more comfortable meeting you first if that is ok. We can also add a layer of trust with her once we meet if that
makes you feel comfortable
ranchocordguy Raymond Carter 5/10/2016 12:48:06 PM(UTC+0)
OK understand completely
Is this the first such experience?
How might she react?
5/10/2016 12:49:30 PM(UTC+0)
UC: We have discussed it a lot lately and she knows I have been looking for a trusting person. This will be her first experience
with a strange cock and she seems to be excited about doing it
ranchocordguy Raymond Carter 5/10/2016 1:14:27 PM(UTC+0)
Ok
5/10/2016 1:15:27 PM(UTC+0)
UC: Sounds good , kik me later today when your not busy and we can work out where to meet
ranchocordguy Raymond Carter 5/10/2016 1:35:39 PM(UTC+0)
Okay
Look forward to it
5/10/2016 1:37:05 PM(UTC+0)
Great me to
ranchocordguy Raymond Carter 5/10/2016 1:42:23 PM(UTC+0)
We are done at 540 here at Grand Hyatt
When does daughter get delivered?
5/10/2016 1:43:42 PM(UTC+0)
UC: Anywhere between 6 and 7 pm
ranchocordguy Raymond Carter 5/10/2016 2:07:27 PM(UTC+0)
OK that works
ranchocordguy Raymond Carter 5/10/2016 2:08:28 PM(UTC+0)
I can meet you for a drink here or cab to a place close to your house
5/10/2016 2:13:06 PM(UTC+0)
UC: Yes , I live close to the Irish Chanel bar , it's actually walking distance to my apartment . It is located at 500 H street NW DC
ranchocordguy Raymond Carter 5/10/2016 2:32:21 PM(UTC+0)

OK very close by to me also
Maybe meet at 630 depending on your schedule?
Assume we can get a private spot? I will want to see her in a provocative pose on Face time or pic from you to ensure
absolutely that this is safe
I cannot risk another sting
First one cost me 3 years in federal prison so hope you understand
That said you and she will like me
5/10/2016 2:33:50 PM(UTC+0)
UC: Yes totally understand I will have her FaceTime once we meet and have a private spot. Just tell me what you want her to do
on FaceTime to make you feel comfortable and I'll have her do it

ranchocordguy Raymond Carter 5/10/2016 2:48:01 PM(UTC+0)
Thx
I appreciate your understanding
If you have a nude pic of her with her face I just need to see her face
Otherwise I want to see her take her panties off
ranchocordguy Raymond Carter 5/10/2016 2:48:50 PM(UTC+0)
And have you look me in the eye and tell me you are not a cop
5/10/2016 2:49:08 PM(UTC+0)
UC: Ok I will have her take her panties off and have her show her pussy and face once we sit down and have some privacy
5/10/2016 2:49:21 PM(UTC+0)
UC: I will do that as well
ranchocordguy Raymond Carter 5/10/2016 3:08:11 PM(UTC+0)
Perfect
Thanks.
I really want to do this and will be back for a week in June as well as this fall so this would be heaven
5/10/2016 3:08:57 PM(UTC+0)
UC: Yes I would love to do this again with her , I can't wait !
ranchocordguy Raymond Carter 5/10/2016 3:15:27 PM(UTC+0)
Me too!
ranchocordguy Raymond Carter 5/10/2016 3:16:51 PM(UTC+0)
I am back here at the Grand Hyatt June 4th to 10th
5/10/2016 3:17:27 PM(UTC+0)
UC: Wow, you are lucky that you get to travel a lot
ranchocordguy Raymond Carter 5/10/2016 3:24:06 PM(UTC+0)
Yes and I actually enjoy it
5/10/2016 3:25:16 PM(UTC+0)
UC: That's great.
5/10/2016 5:45:12 PM(UTC+0)
UC: How is work
ranchocordguy Raymond Carter 5/10/2016 6:00:16 PM(UTC+0)
Conference going well and down the home stretch but I confess I am distracted by thoughts of tonight
Lol
5/10/2016 6:00:40 PM(UTC+0)
UC: Lol me to I have to admit I'm nervous I hope you trust that I'm real
5/10/2016 6:00:59 PM(UTC+0)
UC: I think I trust u enough to do this
5/10/2016 6:01:49 PM(UTC+0)
UC: I just don't won't you to freak out and make it uncomfortable for us , does that make sense ?

ranchocordguy Raymond Carter 5/10/2016 6:01:54 PM(UTC+0)
I do tho appreciate your willingness to reassure me
I think we will ultimately do fine
ranchocordguy Raymond Carter 5/10/2016 6:01:58 PM(UTC+0)
Yes
ranchocordguy Raymond Carter 5/10/2016 6:02:17 PM(UTC+0)
Only concern would be premature cum
Lol
ranchocordguy Raymond Carter 5/10/2016 6:02:56 PM(UTC+0)
FYI I deleted our prior conversation because it had pics
ranchocordguy Raymond Carter 5/10/2016 6:03:23 PM(UTC+0)
I do not want them and would not keep them
ranchocordguy Raymond Carter 5/10/2016 6:03:38 PM(UTC+0)
Nor tell anyone

ranchocordguy Raymond Carter 5/10/2016 6:03:41 PM(UTC+0)
Ever
5/10/2016 6:03:51 PM(UTC+0)
UC: Ok will show you her on FaceTime before walking over , once I show her will you feel comfortable enough to have her suck
your dick or will you need more reassurance once we get there ?
5/10/2016 6:03:55 PM(UTC+0)
UC: Thank u for that
5/10/2016 6:06:01 PM(UTC+0)
UC: I just feel like I'm exposing myself a lot by showing you her and just want to make sure everything is cool
5/10/2016 6:11:39 PM(UTC+0)
UC: Sorry for being so nervous
ranchocordguy Raymond Carter 5/10/2016 6:44:25 PM(UTC+0)
I appreciate your being nervous
I will be nervous and excited as well
But I want this do much
ranchocordguy Raymond Carter 5/10/2016 6:44:42 PM(UTC+0)
And it will be fine
ranchocordguy Raymond Carter 5/10/2016 6:45:11 PM(UTC+0)
Does she kiss on the mouth?
5/10/2016 6:59:59 PM(UTC+0)
UC: Yes she does, I am cool with that as well
5/10/2016 7:00:23 PM(UTC+0)
UC: Are you just interested in her sucking your cock or do you want to lick her pussy to
ranchocordguy Raymond Carter 5/10/2016 7:01:55 PM(UTC+0)
I was to kiss her rim her ass and suck her pussy
No penetration of any kind of course

5/10/2016 7:02:16 PM(UTC+0)
UC: Ok I appreciate that
ranchocordguy Raymond Carter 5/10/2016 7:02:18 PM(UTC+0)
And have her suck and stroke me
ranchocordguy Raymond Carter 5/10/2016 7:02:27 PM(UTC+0)
Where should I cum?
ranchocordguy Raymond Carter 5/10/2016 7:02:47 PM(UTC+0)
Pussy? Mouth? Chest?
5/10/2016 7:03:07 PM(UTC+0)
UC: Ok that is up to you , she has swallowed but still makes the yucky face , she is getting better at it though
ranchocordguy Raymond Carter 5/10/2016 7:03:16 PM(UTC+0)
Ok
ranchocordguy Raymond Carter 5/10/2016 7:03:37 PM(UTC+0)
I might show her my cum on her nipples
5/10/2016 7:03:43 PM(UTC+0)
UC: I am fine with her pussy and chest to wherever you want is fine
5/10/2016 7:03:47 PM(UTC+0)
UC: Sweet
ranchocordguy Raymond Carter 5/10/2016 7:03:48 PM(UTC+0)
Ok
ranchocordguy Raymond Carter 5/10/2016 7:04:17 PM(UTC+0)
Want her to hear and see how much pleasure she gave me
ranchocordguy Raymond Carter 5/10/2016 7:04:31 PM(UTC+0)
I make noise like a lion when I cum
Lol
5/10/2016 7:04:47 PM(UTC+0)
UC: Yes I really do , can't wait to see her make u cum
ranchocordguy Raymond Carter 5/10/2016 7:05:00 PM(UTC+0)
God me too
ranchocordguy Raymond Carter 5/10/2016 7:05:16 PM(UTC+0)
Like a taboo fantasy finally come true
ranchocordguy Raymond Carter 5/10/2016 7:05:53 PM(UTC+0)
And I hope she enjoys it because I want to see her again I'm june
5/10/2016 7:05:54 PM(UTC+0)
UC: Yes I have been looking for other dads to do this and other dads with lil ones as well no such luck though

ranchocordguy Raymond Carter 5/10/2016 7:06:19 PM(UTC+0)
OK
You need to be so careful as I'm sure you know
5/10/2016 7:06:24 PM(UTC+0)
UC: Yes she really seems to enjoy now she used to be bored when she was younger

ranchocordguy Raymond Carter 5/10/2016 7:06:56 PM(UTC+0)
I met dads in prison who shared
ranchocordguy Raymond Carter 5/10/2016 7:06:59 PM(UTC+0)
Good
5/10/2016 7:07:05 PM(UTC+0)
UC: Really
5/10/2016 7:07:24 PM(UTC+0)
UC: How did they share if you were with them lol
ranchocordguy Raymond Carter 5/10/2016 7:07:28 PM(UTC+0)
If you can keep it for another year or so she will cum
ranchocordguy Raymond Carter 5/10/2016 7:07:44 PM(UTC+0)
No not me
Never done this
ranchocordguy Raymond Carter 5/10/2016 7:08:00 PM(UTC+0)
But they got caught in sting
5/10/2016 7:08:07 PM(UTC+0)
UC: Oh I see
ranchocordguy Raymond Carter 5/10/2016 7:08:10 PM(UTC+0)
So be very very careful
5/10/2016 7:08:33 PM(UTC+0)
Oh yes you see how I'm being careful with you ,
ranchocordguy Raymond Carter 5/10/2016 7:08:38 PM(UTC+0)
Yes
ranchocordguy Raymond Carter 5/10/2016 7:08:52 PM(UTC+0)
Which I appreciate
5/10/2016 7:08:56 PM(UTC+0)
UC: Ok cool about to walk into last meeting for the day
5/10/2016 7:09:01 PM(UTC+0)
UC: Yes thanks me to
ranchocordguy Raymond Carter 5/10/2016 7:09:01 PM(UTC+0)
Ok

5/10/2016 7:09:22 PM(UTC+0)
UC: I'll kik u in another hour or so
ranchocordguy Raymond Carter 5/10/2016 7:09:24 PM(UTC+0)
Check in at end of day
I will shower and shave
ranchocordguy Raymond Carter 5/10/2016 7:09:26 PM(UTC+0)
Ok
5/10/2016 7:09:31 PM(UTC+0)
UC: Ok cool
5/10/2016 9:31:14 PM(UTC+0)
UC: You still good for 630 I'm leaving work soon
ranchocordguy Raymond Carter 5/10/2016 9:33:29 PM(UTC+0)
Should be
We are just about to adjourn
Meet you at the bar
I will have white shirt khaki pants olive windbreaker
You ?
5/10/2016 9:34:44 PM(UTC+0)
UC: Cool , I am wearing a button down shirt , jeans , black wind breaker
ranchocordguy Raymond Carter 5/10/2016 9:38:52 PM(UTC+0)
OK
See you soon
5/10/2016 9:38:59 PM(UTC+0)
UC: Ok cool
ranchocordguy Raymond Carter 5/10/2016 9:39:21 PM(UTC+0)
I'll probably walk but you know when leaving hotel
ranchocordguy Raymond Carter 5/10/2016 9:39:32 PM(UTC+0)
Let you know
5/10/2016 9:39:45 PM(UTC+0)
UC: Ok sounds good
ranchocordguy Raymond Carter 5/10/2016 10:16:05 PM(UTC+0)
Underway from 10th and h
5/10/2016 10:16:26 PM(UTC+0)
Ok sounds good , I just got here
ranchocordguy Raymond Carter 5/10/2016 10:22:22 PM(UTC+0)
6th
5/10/2016 10:22:36 PM(UTC+0)

UC Cool

On Tuesday May 10, 2016, the defendant met the UC at a prearranged location in Washington DC for the purpose of having sexual contact with the UC's purported 9 year-old daughter. The defendant was arrested by members of the FBI-MPD Child Exploitation Task Force without incident and transported to the FBI WFO for processing. The defendant produced a California driver's license bearing the name Raymond Carter.

Subscribed and sworn to before me this 11th day of May, 2016.

_____   _____
DETECTIVE TIMOTHY PALCHAK          UNITED STATES MAGISTRATE JUDGE
METROPOLITAN POLICE DEPARTMENT